# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the clerk, or upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.

Please Type or Print

Court of Appeals No. __15-15594-C__

SHERRIE HAMPTON-MUHAMED       vs.    JAMES B. NUTTER & CO., et al.

The Clerk will enter my appearance for these named parties: James B. Nutter & Co., James B. Nutter, Jr., Keith Ward, Bruce Huey, Al Pitzner, Ronald R. Wolfe & Associates, P.L., Amanda Croteau, Ivan Ivanov, Julie Anthousis, Katherine Tilka, Matthew Marks, Matthew Wolf, Rhonda Lewis, Robert Schneider, Ronald R. Wolfe, Victoria Jones, Andrea Pidala, Brian Hummel, Sabrina Moravecky, Francis Hannon, Luis Ugaz and John Phillips

In this court these parties are:  ☐ appellant(s)    ☐ petitioner(s)    ☐ intervenor(s)

☒ appellee(s)    ☐ respondent(s)    ☐ amicus curiae

☐  The following related or similar cases are pending on the docket of this court:

☒  Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: Florida                              State Bar No.: 0846694

Signature: _____

Name (type or print): Suzanne Barto Hill            Phone: 407-872-7300

Firm/Govt. Office: Rumberger, Kirk & Caldwell       E-mail: shill@rumberger.com

Street Address: 300 South Orange Avenue, Suite 1400    Fax: 407-841-2133

City: Orlando                                       State: FL        Zip: 32801

12/07

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Appearance of Counsel Form has been furnished by email and U.S. Mail to Sherrie Hampton-Muhamed, 4329 Donerail Drive, Snellville, GA 30039 and at cmrsinc@comcast.net, this 5th day of January, 2016.

*s/ Suzanne Barto Hill*
SUZANNE BARTO HILL, ESQUIRE
Florida Bar No. 0846694
E-mail: shill@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133
Attorneys for Appellees

7811635.1