

CASE NO. 15-15594-C

# UNITED STATES COURT OF APPEALS
## ELEVENTH CIRCUIT

Sherrie Hampton-Muhamed, Appellant
vs.
James B. Nutter & Co., et al., Appellees
Ronald R. Wolfe & Assocs.,P.L., et al, Appellees

## APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## CASE NO. 8-15-CV-00608-JDW-TGW

## APPELLANTS UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE APPELLANTS APPEAL BRIEF
## (FIRST REQUEST)

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, GA 30039
Phone: (404) 786-6291
Fax: 770-978-0207
cmrsinc@comcast.net

COMES NOW the Appellant, Sherrie Hampton-Muhamed, ("Appellant"), who hereby moves the Court to enlarge the time for filing the Appellant's Brief by 45 days, pursuant to 26(b). In support of this Motion, Appellant would state as follows:

1. The current briefing schedule requires that Appellant file her initial brief on or before March 2, 2016.

2. On February 19, 2016, Appellant accidentally spilled a glass of water on top of her laptop. Appellant contacted the Geek Squad for assistance and was told how to dry the computer and not to do anything for 48 hours. First thing Monday morning to bring the laptop in to the store for them to attempt to back up information and would take a few days before she could get the computer back. Since there are no guarantees data would still be recovered, Appellant contacted opposing counsel for an extension of time in case she had to start over writing her brief.

3. Appellant has looked for counsel, but is not represented by counsel yet and needs more time for research and preparation to complete the appeal brief, especially if her information has been destroyed.

4. The Appellee's counsel, Suzanne Hill and Kevin Gowen were contacted by email on February 19, 2016 pursuant to FRAP 26(b) and Suzanne Hill responded immediately that she did not oppose the request for extension of time to file Appellant's Brief and would not file an objection. The extension of time would also not prejudice the Appellee.

WHEREFORE, Appellant requests that this Court grant a 45-day extension of time for the preparation and filing of the Appellant's Brief on appeal.

Respectfully submitted this 22nd day of February, 2016.

All Rights Retained Without Prejudice
Without Recourse
Respectfully submitted,

*Sherrie Hampton-Muhamed*

Sherrie Hampton-Muhamed
4329 Donerail Drive
Snellville, Georgia [30039]
(404) 786-6291
cmrsinc@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February 2016, a true and correct copy of the foregoing Motion For Enlargement of Time to File Appellants Initial Brief was mailed to all parties.

RUMBERGER, KIRK & CALDWELL, P.A.          *Certified Mail # 7008-0150-0002-6978-3657*
Suzanne Barto Hill, Esquire, Florida Bar No. 0846694,
shill@rumberger.com
Kevin R. Gowen, II, Esquire, Florida Bar No. 0900621,
kgowen@rumberger.com
Post Office Box 1873,   Orlando, Florida 32802-1873
Telephone: (407) 872-7300     Telecopier: (407) 841-2133

**UNITED STATES DISTRICT COURT OF APPEALS FOR THE ELEVENTH CIRCUIT,
56 Forsyth St. N.W., Atlanta, GA 30303**

And with the Clerk of Court through US Mail, Certified Mail #  7014-2120-0000-8987-6007 US,  and not filed electronically as Plaintiff is excused from filing this document or thing electronically by Court order.

*Sherrie Hampton-Muhamed*

Sherrie Hampton-Muhamed
4329 Donerail Dr.
Snellville, Georgia  [30039]
(404) 786-6291
cmrsinc@comcast.net

CASE NO. 15-15594C

---

UNITED STATES COURT OF APPEALS ELEVENTH CIRCUIT

---

Sherrie Hampton-Muhamed, Appellant
vs.
James B. Nutter & Co., et al., Appellees
Ronald R. Wolfe & Assocs.,P.L., et al, Appellees

---

**APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**
**CASE NO. 8-15-CV-00608-JDW-TGW**

---

## [PROPOSED] ORDER GRANTING THE APELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME (FIRST REQUEST)

1.  FOR GOOD CAUSE SHOWN, the Unopposed Motion for Extension of Time for the Appellant, Sherrie Hampton-Muhamed, and her first request is hereby **GRANTED**.

2.  Accordingly, it is hereby **ORDERED** that the Brief is due April 17, 2016 with Appellant's Appendix due no later than 7 days from the filing date of Appellant's Brief.

**SO ORDERED** this _____ day of _____, 2016.

_____
UNITED STATES CIRCUIT JUDGE

1