**CASE NO. 15-15594-C**

UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT

Sherrie Hampton-Muhamed, Appellant
vs.
James B. Nutter & Co., et al., Appellees

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO. 8:15-cv-00608-JDW-TGW

APPELLEES' NOTICE OF ACCURACY OF
APPELLANT'S CERTIFICATE OF INTERESTED PERSONS

SUZANNE BARTO HILL, ESQUIRE
Florida Bar No. 0846694
E-mail: shill@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133

Attorneys for Appellees

*Hampton-Muhamed v. James B. Nutter & Co., et al.*
CASE NO. 15-15594-C

Appellees, Ronald R. Wolfe & Associates, P.L., Amanda Croteau, Ivan Ivanov, Julie Anthousis, Katherine Tilka,, Matthew Marks, Matthew Wolf, Rhonda Lewis, Robert Schneider, Ronald R. Wolfe, Victoria Jones, Andrea D. Pidala, Brian Hummel, Sabrina Moravecky, Frances Hannon, John Phillips, Luis F. Ugaz, James B. Nutter & Co., Bruce Huey, Al Pitzner, James B. Nutter, Jr., and Keith Ward, pursuant to Eleventh Circuit Rule 26.1-1(3), file their Notice correcting the following inaccuracies in Appellant's Certificate of Interest Persons:

1. Damon Ellis is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L., in this appeal. He was general counsel for Ronald R. Wolfe & Associates, P.L.

2. Julie Anthousis is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L., in this appeal. She is an appellee.

3. Amanda Croteau is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L., in this appeal. She is an appellee.

4. Frances Hannon is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L., in this appeal. She is an appellee.

5. Brian Hummel is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L., in this appeal. He is an appellee.

*Hampton-Muhamed v. James B. Nutter & Co., et al.*
CASE NO. 15-15594-C

6. Ivan Ivanov is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L., in this appeal. He is an appellee.

7. Victoria Jones is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L., in this appeal. She is an appellee.

8. Rhonda Lewis is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L., in this appeal. She is an appellee.

9. Matthew Marks is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L., in this appeal. He is an appellee.

10. Sabrina Moravecky is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L., in this appeal. She is an appellee.

11. Andrea D. Pidala is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L., in this appeal. She is an appellee.

12. John Phillips is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L., in this appeal. He is an appellee.

13. Robert Schneider is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L., in this appeal. He is an appellee.

14. Katherine Tilka is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L., in this appeal. She is an appellee.

15. Luis F. Ugaz is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L., in this appeal. He is an appellee.

16. Matthew Wolf is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L., in this appeal. He is an appellee.

17. Ronald R. Wolfe is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L., in this appeal. He is the managing partner of Ronald R. Wolfe & Associates, P.L.

18. Scott Zweigel is not an attorney for Appellee, Ronald R. Wolfe & Associates, P.L. in this appeal or a member of Rumberger, Kirk, & Caldwell, P.A. He is a partner of Parker, Hudson, Rainer & Dobbs LLP who has no interest in this appeal or the case below.

Pursuant to Federal Rule of Appellate Procedure 26.1, Appellees Ronald R. Wolfe & Associates, P.L. and James B. Nutter & Co. state that they are not aware of any parent corporations or publically held corporations owning 10% or more of their stock.

           Respectfully submitted,

           *s/ Suzanne Barto Hill*
           SUZANNE BARTO HILL, ESQUIRE
           Florida Bar No. 0846694
           E-mail: shill@rumberger.com
           RUMBERGER, KIRK & CALDWELL
           A Professional Association

*Hampton-Muhamed v. James B. Nutter & Co., et al.*
CASE NO. 15-15594-C

    Lincoln Plaza, Suite 1400
    300 South Orange Avenue (32801)
    Post Office Box 1873
    Orlando, Florida  32802-1873
    Telephone:  (407) 872-7300
    Telecopier:  (407) 841-2133

Attorneys for Appellees

*Hampton-Muhamed v. James B. Nutter & Co., et al.*
CASE NO. 15-15594-C

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Appellees' Certificate of Interested Persons and Corporate Disclosure Statement has been furnished by E-mail and U.S. Mail to Sherrie Hampton-Muhamed, 4329 Donerail Drive, Snellville, GA 30039, cmrsinc@comcast.net, this 7th day of March, 2016.

*s/ Suzanne Barto Hill*
SUZANNE BARTO HILL, ESQUIRE
Florida Bar No. 0846694
E-mail: shill@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133

Attorneys for Appellees

8823421.1