# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 22, 2016

Sherrie Hampton-Muhamed
4329 DONERAIL DR
SNELLVILLE, GA 30039

Appeal Number: 15-15594-CC
Case Style: Sherrie Hampton-Muhamed v. James B. Nutter & Company, et al
District Court Docket No: 8:15-cv-00608-JDW-TGW

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

You have been granted a fourteen-day extension of time to file your appendix. The due date is now May 9th.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

EXT-1 Extension of time