# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 01, 2017

Sherrie Hampton-Muhamed
4329 DONERAIL DR
SNELLVILLE, GA 30039

Appeal Number: 15-15594-CC
Case Style: Sherrie Hampton-Muhamed v. James B. Nutter & Company, et al
District Court Docket No: 8:15-cv-00608-JDW-TGW

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The following action has been taken in the referenced case:

Extension of time for filing a petition for rehearing has been GRANTED. The petition for rehearing is due JUNE 20, 2017.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Julie F. Cohen, CC/caw
Phone #: (404) 335-6170

EXT-1 Extension of time